758 A.2d 1177

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Anthony F. CLARK, Respondent.**

**No. 374 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2000.

Decided Oct. 2, 2000.

Angela Allen Mitas, for Office of Disciplinary Counsel.

Christine Marie Selden, Renee Pietropaolo, Pittsburgh, for Anthony F. Clark.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.

*O R D E R*

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated February 1, 2000, and following oral argument, it is hereby

ORDERED that Anthony F. Clark be and he is disbarred from the Bar of this Commonwealth, retroactive to October 27, 1997, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice NEWMAN did not participate in the consideration or decision of this case.

Justice CAPPY dissents and would suspend respondent for a period of five years.